[No. 44144-2-I.    Division One.    December 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY G. MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-07855-5, John M. Darrah, J., entered January 4, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44186-8-I.    Division One.    December 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN RAY CHILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-05941-5, Michael J. Fox, J., entered February 1, 1999. *Remanded* by unpublished per curiam opinion.

[No. 44466-2-I.    Division One.    December 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID HORTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-04790-5, Richard M. Ishikawa, J., entered April 12, 1999. *Remanded* by unpublished per curiam opinion.

[No. 44583-9-I.    Division One.    December 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. NICK R. MIRABEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-09826-7, Deborah Fleck and Suzanne M. Barnett, JJ., entered April 16, 1999. *Remanded* by unpublished per curiam opinion.